JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA -SOUTHERN DIVISION

| | |
|---|---|
| TINA RUBINO, an individual, | Case No. SACV08-1340 JVS (ANX) |
| Plaintiff, | **ORDER REMANDING ACTION** |
| v. | |
| FLOYD ALLEN SKAGGS, an individual and DODGE MOVING AND STORAGE; and DOES 1 to 50, Inclusive, | |
| Defendants. | |

Plaintiff and Defendants stipulate that the amount in controversy in this matter does not exceed the jurisdictional limits of this Court.  Accordingly, the Court hereby Remands Plaintiffs' action to the Superior Court of California, County of Orange for further proceedings.

**IT IS SO ORDERED**

Dated:  January 30, 2009      _____
James V. Selna
United States District Judge